DANIEL S. IMBER, State Bar No. 185425
dimber@bftlegal.com
BANNAN, FRANK & TERZIAN LLP
555 S. Flower Street, Suite 2700
Los Angeles, California 90071
Telephone (213) 362-1177
Facsimile (213) 362-1188

Attorneys for Plaintiff
UNUM Life Insurance Company of America

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>CAROLYN K. LEWIS, an individual; JENNY L. HITT, an individual; JESSICA A. BROWN, an individual; and DANIELLE N. BROWN, an individual,<br><br>　　　　Defendant(s). | Case No. 2:07-cv-00427 RRB GGH<br><br>STIPULATION FOR PARTIAL DISMISSAL OF ACTION WITH PREJUDICE AND DISTRIBUTION OF FUNDS; ORDER THEREON |

Plaintiff UNUM Life Insurance Company of America ("UNUM") and Defendants Carolyn K. Lewis and Jenny L. Hitt, Jessica A. Brown and Danielle N. Brown, hereby stipulate to the following:

1.　　That UNUM filed its Complaint in good faith and without any collusion with any of the parties hereto;

1

PDF created with pdfFactory trial version www.pdffactory.com

2. That UNUM be released, discharged and forever acquitted of and from any and all liability of any kind or nature whatsoever to any of the parties hereto on account of UNUM life insurance policy No. 111526 or the proceeds due and owing thereunder;

3. That UNUM was called upon to retain the services of attorneys for the purpose of protecting its interests arising from the conflicting interests and claims of defendants and has been called upon to pay its attorneys for the services rendered by them with respect thereto. In addition, UNUM has been compelled to incur costs and disbursements in the prosecution of this action. The parties agree that the reasonable amount of $5,000.00 should be distributed to UNUM by the Court out of the interpled funds to reimburse UNUM for these attorneys' fees, costs and distributions. Said funds should be made payable to "UNUM Life Insurance Company of America" and forwarded by the Clerk of the Court to UNUM's counsel as follows: Daniel S. Imber, Bannan, Frank & Terzian LLP, 555 S. Flower Street, Suite 2700, Los Angeles, California 90071.

4. That UNUM may be dismissed from the within action with prejudice, the parties to bear their own fees and costs except as described herein.

DATED: Nov. __, 2007         DANIEL S. IMBER
                             BANNAN, GREEN, FRANK & TERZIAN LLP


                             By        /s/   Daniel S. Imber
                                   DANIEL S. IMBER
                                   Attorneys for Plaintiff
                             UNUM Life Insurance Company of America

2

PDF created with pdfFactory trial version www.pdffactory.com

DATED: Nov. __, 2007        GARLAND O. BELL
                            LAW OFFICE OF GARLAND O. BELL


                            By_____
                                GARLAND O. BELL
                            Attorneys for Defendants Jenny L. Hitt,
                            Jessica A. Brown and Danielle N. Brown

DATED: Nov. __, 2007


                            By_____
                                CAROLYN K. LEWIS
                                   In Pro Per


**O R D E R**


    IT IS SO ORDERED.


DATED:  November 20, 2007

                             /s/ Ralph R. Beistline
                            THE HONORABLE RALPH R. BEISTLINE
                            UNITED STATES DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com