1

2            **FILED**

3            SEP 3 0 2008

4       CLERK, U.S. DISTRICT COURT
        EASTERN DISTRICT OF CALIFORNIA

5       BY _____
                        DEPUTY CLERK

6

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNUM LIFE INSURANCE COMPANY OF   )   Case No.2:07-CV-00427 JAM GGH
    AMERICA, a Maine Corporation,    )
12                                   )   **FINAL JUDGMENT**
                        Plaintiff,   )
13                                   )
          v.                         )
14                                   )
    CAROLYN K. LEWIS, an individual; )
15  JENNY L. HITT, an individual;    )
    JESSICA A. BROWN, an individual; )
16  and DANIELLE N. BROWN, an        )
    individual,                      )
17                                   )
                        Defendants.  )
18  _____  )

19      On September 22, 2008, the court called this case for trial.

20  Defendant, Carolyn K. Lewis, appeared in person, pro se, and

21  announced ready for trial.  Defendants, Jenny L. Hitt, Jessica A.

22  Brown and Danielle N. Brown appeared in person and through their

23  attorney, Garland O. Bell, Esq., and announced ready for trial.

24  Unum Life Insurance Company of America was dismissed from the case

25  pursuant to stipulation of all of the parties while maintaining a

26  stake in the outcome in the sum certain of $5,000.00 of the

27  interpled funds for reimbursement of attorney fees, costs and

28  distributions.  The court determined that it had jurisdiction over

                                1

1   the subject matter and the parties to this proceeding.

2      1.   There was no right to a jury trial on the issues before

3   the court.

4      2.   Unum Life Insurance Company of America interpled

5   $45,000.00 requesting the court to determine the beneficiary of

6   said sum according to the subject life insurance policy.

7      3.   The court determined that Carolyn K. Lewis had the burden

8   of proof.

9      4.   The case proceeded with a trial on the merits.

10      5.   At the close of evidence by Carolyn K. Lewis, the

11   attorney for Jenny L. Hitt, Jessica A. Brown and Danielle N. Brown

12   moved the court to render judgment in their favor pursuant to

13   Federal Rules of Civil Procedure, Rule 52 on the grounds that as a

14   matter of law Carolyn K. Lewis did not present legally sufficient

15   evidence for a prima facie case and therefore she did not meet her

16   burden of proof.  The court granted the motion having heard the

17   testimony and received certain documents into evidence as presented

18   by Carolyn K. Lewis, and therefore renders judgment for Jenny L.

19   Hitt, Jessica A. Brown and Danielle N. Brown pursuant to Rule 52.

20      6.   The court stated findings of fact and conclusions of law

21   orally in open and recorded them in open court after the trial of

22   this matter.

23      7.   Based on those findings of fact and conclusions of law,

24   the court orders that defendants Jenny L. Hitt, Jessica A. Brown

25   and Danielle N. Brown, each recover one third of the sum of

26   $40,000.00 of the remaining interpled funds plus their costs of

27   court from defendant Carolyn K. Lewis.

28      8.   Based on those findings of fact and conclusions of law

1   the court orders that defendant Carolyn K. Lewis takes nothing.

2        9.    The court ordered that Unum Life Insurance Company of

3   America, pursuant to stipulation of all the parties on file with

4   the court, is awarded the sum of $5,000.00 of the interpled funds

5   as reimbursement of attorney fees, costs and distributions.

6        10.   Jenny L. Hitt, Jessica A. Brown and Danielle N. Brown

7   requested attorney fees as costs in a motion under ERISA § 1132; 29

8   U.S.C. 1132 supported by affidavit.  The court examined the file,

9   determined that the request is not supported by law and in its

10   discretion denied the motion.  Accordingly, the court orders that

11   no costs or attorneys fees shall be paid to Jenny L. Hitt, Jessica

12   A. Brown and Danielle N. Brown.  The court further orders the Clerk

13   of the Court to distribute the interpled funds in accordance with

14   this judgment.

15        11.   The court denies all relief not granted in this judgment.

16        12.   This is a FINAL JUDGMENT.

17        IT IS SO ORDERED.

18        DATED:  September 30, 2008.

19   _____

20             JOHN A. MENDEZ
             United States District Judge

21   APPROVED AS TO FORM & SUBSTANCE:

22

23   _____
    Garland O. Bell, Esq.
    Attorney for Jenny L. Hitt,

24   Jessica A. Brown and
    Danielle N. Brown

25

26   APPROVED AS TO FORM ONLY:

27

28   _____
    Carolyn K. Lewis Pro Se