**GARLAND O. BELL, ESQ.,** State Bar No. 79767
**LAW OFFICE *of* GARLAND O. BELL**
5007 Tiffany Point
Granite Bay, California  95746
Telephone (916) 772-5414
Facsimile (916) 772-5818
lawofcgob@earthlink.net

Attorneys for Defendants
JENNY L. HITT, JESSICA A. BROWN, and
DANIELLE N. BROWN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation, <br><br>    Plaintiff(s), <br><br> vs. <br><br> CAROLYN K. LEWIS, an individual; JENNY L. HITT, an individual; JESSICA A. BROWN, an individual; and DANIELLE N. BROWN, an individual, <br><br>    Defendant(s). | Case No. 2:07-cv-00427 JAM GGH <br><br> STIPULATION TO MODIFY ORDER OF THE COURT RE DISTRIBUTION OF FUNDS; ORDER THEREON |

Plaintiff UNUM Life Insurance Company of America ("UNUM") and Defendants Jenny L. Hitt, Jessica A. Brown and Danielle N. Brown, hereby stipulate to the following:

1. That UNUM has elected to waive, in favor of Jenny L. Hitt, Jessica A. Brown and Danielle N. Brown, its right to recovery of the $5,000.00 award to it announced in the judgment of the court, and

LA #4835-5594-0611 v1

1

PDF created with pdfFactory trial version www.pdffactory.com

1 | consents to the judgment being modified to reflect said waiver.

2. Jenny L. Hitt, Jessica A. Brown and Danielle N. Brown request that the $5,000.00 award be divided equally between Jenny L. Hitt, Jessica A. Brown and Danielle N. Brown, and UNUM takes no position in this regard.

3. Jenny L. Hitt, Jessica A. Brown and Danielle N. Brown request that the court orders the Clerk of the Court to distribute the $5,000.00 of interpled funds in accordance with this stipulation and the modified judgment, and UNUM takes no position in this regard.

DATED: Oct. __, 2008     DANIEL S. IMBER, ESQ.
                         BURKE WILLIAMS AND SORENSEN, LLP


                         By_____
                            DANIEL S. IMBER, ESQ.
                            Attorneys for Plaintiff
                            UNUM Life Insurance Company of America

DATED: Oct. __, 2008     GARLAND O. BELL, ESQ.
                         LAW OFFICE OF GARLAND O. BELL


                         By_____
                            GARLAND O. BELL, ESQ.
                            Attorneys for Defendants Jenny L. Hitt,
                            Jessica A. Brown and Danielle N. Brown

**O R D E R**

IT IS SO ORDERED.

DATED: Oct. <u>15</u>, 2008     /s/ John A. Mendez_____
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT JUDGE

LA #4835-5594-0611 v1                    2

PDF created with pdfFactory trial version www.pdffactory.com